

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, October 26, 2022

District Clerk Coryell County
Box 4
Gatesville, TX 76528
* Delivered Via E-Mail *

**Re:** Serrano, Carlos Eugenio
**CCA No.** WR-94,016-02                                    **COA No.** 10-22-00185-CR
**Trial Court Case No.** DC-22-26567B

The court has issued an opinion on the above referenced cause number.

Sincerely,

Deana Williamson, Clerk

cc:    Carlos Eugenio Serrano
       District Attorney Coryell County (Delivered Via E-Mail)
       Timothy Fitzpatrick (Delivered Via E-Mail)
       Presiding Judge 52nd District Court (Delivered Via E-Mail)
       Sharon Felfe Howell (Delivered Via E-Mail)
       Brittney Losack (Delivered Via E-Mail)
       10th Court Of Appeals Clerk (Delivered Via E-Mail)
       Stanley L. Schwieger (Delivered Via E-Mail)
       Bettie Louise Wells (Delivered Via E-Mail)